UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:21-cv-02136-KES                                             Date: April 13, 2022

Title: United African-Asian Abilities Club, et al. v. Huntington Partnership, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant

    Plaintiffs United African-Asian Abilities Club and Jessie James Davis IV ("Plaintiffs") filed this action on December 31, 2021. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on March 31, 2022, Plaintiffs have not filed any proof of service as of the date of this order.

    IT IS THEREFORE ORDERED that, **on or before April 26, 2022**, Plaintiffs shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk JD